U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 22 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| KEVIN PARFAIT | CIVIL ACTION NO. 09-1900 |
|     LA. DOC #484264 | |
| VERSUS | DISTRICT JUDGE WALTER |
| HEYWARD SHIVLEY, ET AL. | MAGISTRATE JUDGE HAYES |

## ORDER

For the reasons stated in the Report and Recommendation [Record Document 6] of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by plaintiff and concurring with the findings of the Magistrate Judge under applicable law:

**IT IS ORDERED** that plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of July, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE